**ALEX COOLMAN**
SBN 250911
THE LAW OFFICE OF ALEX COOLMAN
3268 Governor Drive #390
San Diego, CA 92122
Tel: (619) 831-7129
coolmana@gmail.com

Attorney for Plaintiff
SALVADOR LUA

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR LUA, ) | Case No. 23cv32-JAH-BLM |
| ) | |
| ) | **MEMORANDUM SUPPORTING** |
| Plaintiff, ) | **MOTION TO EXTEND** |
| ) | **FACT DISCOVERY CUTOFF** |
| ) | |
| v. ) | |
| ) | |
| OFFICER IAN MCNETT, CITY OF ) | |
| SAN DIEGO ) | |
| ) | |
| Defendants. ) | |

The fact discovery cutoff in this case is currently set at June 28. The parties have undertaken some preliminary discovery and are interested in pursuing settlement discussions. While the initial phase of discovery has been largely documentary, the next phase is likely to involve a number of depositions that are both time-consuming and expensive, and that phase will need to begin essentially immediately if the existing cutoff is not modified.

Given these considerations, the parties respectfully request that the fact cutoff be extended by 60 days to August 27, 2024, with related dates also being pushed out by the same amount, to facilitate that discussion. A scheduling order may be modified for good cause, and the parties submit that good cause exists here based on the potential for settlement after limited discovery. *Noyes v. Kelly Servs.*, 488 F.3d 1163, 1174, n. 6 (9th Cir. 2007).

DATED: April 24, 2024

/s/Alex Coolman

ALEX COOLMAN
Attorney for Plaintiff Salvador Lua

/s/Elizabeth Atkins

Elizabeth L. Atkins
Deputy City Attorney
elatkins@sandiego.gov
Attorney for Defendants
OFFICER IAN McNETT and
CITY OF SAN DIEGO