# EXHIBIT A

1. I, Alex Coolman, am counsel for Plaintiff Salvador Lua.

2. As this Court is aware, the parties litigated the question of the City's response to Plaintiff's Request for Production of certain documents, and those documents have now been provided.

3. The City has also propounded written discovery on Plaintiff, and Plaintiff is in the process of responding to those requests.

4. Depositions will need to begin almost immediately in order to comply with the existing fact discovery cutoff, and in fact the deposition of Defendant McNett is tentatively set for May 16.

5. However, all parties to this case have expressed an interest in further settlement discussions and it would make sense to explore that possibility prior to engaging in a series of depositions.

I declare under penalty of perjury that the foregoing is true.

DATED: April 24, 2024

/s/Alex Coolman

ALEX COOLMAN
Attorney for Plaintiff Salvador Lua
