UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR LUA,<br><br>                      Plaintiff,<br><br>v.<br><br>OFFICER IAN MCNETT, CITY OF SAN DIEGO,<br><br>                      Defendant. | Case No.: 23-cv-00032-JAH-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 37]** |

On October 23, 2024, Plaintiff Salvador Lua and Defendants Officer Ian McNett and the City of San Diego filed a Joint Motion to Dismiss the Complaint with Prejudice. ECF No. 37 ("Joint Motion"). Having considered the Joint Motion, the Court HEREBY GRANTS the Joint Motion to Dismiss the Complaint with Prejudice.

**IT IS SO ORDERED.**

DATED: October 25, 2024

                                                                                                                                                                       _____

                                                                                       JOHN A. HOUSTON<br>                                                                                       UNITED STATES DISTRICT JUDGE